UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                                              Chapter 13
         Mary Lou Riefenhauser,                                    Case No.: 17-37037 (cgm)
                                                 Debtor.
---------------------------------------------------------------X

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Federal National Mortgage Association, as serviced by Shellpoint Mortgage Servicing

**Property Address**: 72 Jennifer Lane, Mahopac, NY

**Last Four Digits of Account Number of Loan**: 3544

**File Date of Loss Mitigation request**: 11/30/2017

**Date of Entry of Loss Mitigation Order**: 2/7/2018

**Date of Entry of Order Approving Settlement (*if any*)**: N.A.

**Other Requests for Loss Mitigation in this Case**: ____ Yes     X  No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following:

☐ Loan modification
☐ Short sale                                    **X** No agreement has been reached
☐ Surrender of property
☐ Other: _____

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: July 3, 2018**
     **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**